**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN A. HERNANDEZ and
MARTHA L. HERNANDEZ,

    Plaintiffs,

v.                                            Case No: 8:11-cv-1234-T-30TBM

US AIRWAYS, INC.,

    Defendant.
_____

ORDER

The Court has been advised by Attorney Jeffrey M. James that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2012.

                                                    JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

                                                        F:\Docs\2011\11-cv-1234 dismissal order.docx